# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL NO. 2:05CR201

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| GARY DEAN SMITH ) | |

**THIS MATTER** is before the Court on the Government's motion to amend the bill of information filed herein to correct a typographical error pursuant to Fed. R. Crim. P. 7(e).

For the reasons stated in the motion and there being no objections filed by the Defendant,

**IT IS, THEREFORE, ORDERED** that the Government's motion to amend is **ALLOWED**, and the bill of information is hereby amended to reflect the Defendant's correct date of conviction in Swain County Superior Court was August 12, 1999.

**Signed: August 2, 2005**

Lacy H. Thornburg
United States District Judge